HON. JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| KELLY MONTEIRO and HENRY MONTEIRO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:17-cv-01366<br><br>**STIPULATION AND ORDER OF DATES FOR INITIAL EXPERT DISCLOSURES AND REPORTS FROM EXPERT WITNESSES** |

COME NOW the parties hereto, Plaintiffs Kelly Monteiro and Henry Monteiro, by and through their attorneys of record, Patrick H. LePley, and Defendant USAA Casualty Insurance Company ("USAA CIC"), by and through its attorneys of record, Robert S. McLay, Joshua N. Kastan and Brian R. Davis, pursuant to Fed. R. Civ. P. 41(a)(ii), hereby stipulate that they are currently reviewing the discovery that was recently completed along with the related consultation with expert consultants and witnesses in order to determine, narrow and prepare/exchange/submit their respective

**STIPULATION AND ORDER**
**No. 2:17-CV-01366 – Page 1**

**DKM Law Group, LLP**
801 Second Avenue, Suite 800
Seattle, Washington 98104
Tel: (415) 421-1100

expert witnesses and later their reports and testimony. The parties' stipulate to extend the deadline to complete and exchange Initial Expert Disclosures to May 31, 2018. The parties' further stipulate to complete and exchange the Expert Reports to June 30, 2018.

RESPECTFULLY SUBMITTED this 24th day of May 2018.

LePLEY LAW FIRM

/s/ *Patrick H. LePley*
Patrick H. LePley WSBA No. 7071
12600 SE 38TH Street, Suite 201
Bellevue, WA 98006
Tel: 425-641-5353
Fax: 425-747-0611
phl@lepleylawfirm.com


DKM Law Group LLP


*/s/ Brian R. Davis*
 Robert S. McLay, WSBA No. 36662
 Joshua N. Kastan, WSBA No. 50889
 Brian R. Davis WSBA No. 53414
 801 Second Avenue, Suite 800
 Seattle, Washington 98104
Tel: (415) 421-1100
Email: rsm@dkmlawgroup.com
Email: JNK@dkmlawgroup.com
Email: BRD@dkmlawgroup.com
Attorneys for the Defendant

**STIPULATION AND ORDER**
**No. 2:17-CV-01366 – Page 2**

DKM Law Group, LLP
801 Second Avenue, Suite 800
Seattle, Washington 98104
Tel: (415) 421-1100

# ORDER

Based on the Stipulation of dates for initial expert witness disclosures and reports from expert witnesses,

IT IS HEREBY ORDERED that the following deadlines are hereby set for Initial Expert Witness Disclosures and Expert Reports and Testimony

Initial Disclosures Pursuant to FRCP 26(a)(1):	5/31/18

Reports from expert witness under FRCP 26(a)(2)	6/30/18


DATED this 30th day of May, 2018.


*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

**STIPULATION AND ORDER**
**No. 2:17-CV-01366 – Page 3**

**DKM LAW GROUP, LLP**
801 Second Avenue, Suite 800
Seattle, Washington 98104
Tel: (415) 421-1100